# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 51 MM 2015
:
               Respondent       :
:
:
:
           v.              :
:
:
:
FRED LAWTON,            :
:
               Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.